UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                                              :

DUNKIN' DONUTS FRANCHISED                  :
  RESTAURANTS LLC,                                  :
  a Delaware Limited Liability Company,   :
DUNKIN' DONUTS FRANCHISING LLC,     :
  a Delaware Limited Liability Company,   :
DD IP HOLDER LLC,                            :
  a Delaware Limited Liability Company,   :
BASKIN-ROBBINS FRANCHISING LLC,      :
  a Delaware Limited Liability Company,   :
BR IP HOLDER LLC,                           :
  a Delaware Limited Liability Company,   :
DB REAL ESTATE ASSETS II LLC,         :
  a Delaware Limited Liability Company,   :
                                         :
               Plaintiffs,              :
                                         :
      v.                                :   C.A. No. 07-CV-7218 (RJH)
                                         :
CHELSEA DB ASSOCIATES, INC.,          :
  a New York Corporation,                   :
AKCL INT'L GROUP, LTD.,                 :
  a New York Corporation,                   :
KMT ASSOCIATE INC.,                      :
  a New York Corporation,                   :
NEW AMD ENTERPRISES INC.,            :
  a New York Corporation,                   :
CROSS BAY ENTERPRISES, INC.,          :
  a New York Corporation,                   :
TONY LI,                                        :
  a Resident of the State of New York,    :
MAY CHEN,                                 :
  a Resident of the State of New York,    :
                                         :
               Defendants.            :
-------------------------------------------------------------x

## **CORPORATE DISCLOSURE STATEMENT**
## **PURSUANT TO FEDERAL RULE 7.1**

     Pursuant to Federal Rule 7.1, Plaintiffs Dunkin' Donuts Franchised Restaurants LLC,

Dunkin' Donuts Franchising LLC, DD IP Holder LLC, Baskin-Robbins Franchising LLC, BR IP

Holder LLC, and DB Real Estate Assets II LLC make the following statement identifying all their parent corporations, and listing any publicly held company that owns 10% or more of their stock:

Corporate affiliations.

Plaintiff Dunkin' Donuts Franchised Restaurants LLC, a Delaware limited liability company, operates a franchise system under the trade name "Dunkin' Donuts." All Dunkin' Donuts franchise agreements dated prior to May 26, 2006 have been assigned to Dunkin' Donuts Franchised Restaurants LLC. Dunkin' Donuts Franchised Restaurants LLC is a wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned, indirect subsidiary of Dunkin' Brands Holdings, Inc. Dunkin' Donuts Franchising LLC, a Delaware limited liability company, also operates a franchise system under the trade name "Dunkin' Donuts" and is also wholly-owned, indirect subsidiary of Dunkin' Brands Holdings, Inc. All Dunkin' Donuts franchise agreements dated on or after May 26, 2006 are in the name of Dunkin' Donuts Franchising LLC. DD IP Holder LLC, a Delaware limited liability company, is a wholly owned subsidiary of Dunkin' Donuts Brands, Inc., and owns all of the Dunkin' Donuts trademarks. Dunkin' Brands, Inc. does not do business under any other name; however, its subsidiary, Mister Donut of America, Inc., formerly franchised coffee and doughnut shops under the name "Mister Donut." DB Real Estate Assets I LLC is a Delaware limited liability company, is a wholly owned subsidiary of Dunkin' Brands, Inc. and is engaged in the business of leasing properties to Dunkin' Donuts franchisees to enable Dunkin' to franchise independent business persons to operate Dunkin' Donuts shops at those locations.

Baskin-Robbins Franchising LLC, a Delaware limited liability company, operates a franchise system under the trade name "Baskin-Robbins." Baskin-Robbins Franchising LLC is

an indirect wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned subsidiary of Dunkin' Brands Holdings, Inc.  BR IP Holder LLC, a Delaware limited liability company, is an indirect wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned subsidiary of Dunkin' Brands Holdings, Inc., and owns all of Baskin-Robbins Franchising LLC's U.S. trademarks

    Plaintiffs are unaware of any publicly held company that owns 10% or more of an ownership interest in them.  Plaintiffs are also unaware of the identity of any corporation, unincorporated association, partnership or other business entity, not a party to the case, which may have a financial interest in the outcome of this litigation.

                                      Respectfully submitted,

                                      _/s/ Ronald D. Degen_____
                                      Ronald D. Degen, Esq. (RD 7808)
                                      Scott Goldfinger, Esq.  (SG 9219)
                                      O'ROURKE & DEGEN, PLLC
                                      225 Broadway, Suite 715
                                      New York, New York 10007
                                      Telephone:     (212) 227-4530
                                      Facsimile:      (212) 385-9813
                                      Robert L. Zisk, Esq. (RZ 1275)
                                      Jeffrey L. Karlin, Esq. (JK 7381)
                                      GRAY, PLANT, MOOTY, MOOTY
                                      & BENNETT, P.A.
                                      2600 Virginia Avenue, N.W.,
                                      Suite 1111
                                      Washington, DC 20037
                                      Telephone:     (202) 295-2200
                                      Facsimile:      (202) 295-2250

                                      *Attorneys for Plaintiffs*
                                      Dunkin' Donuts Franchised Restaurants LLC,
                                      Dunkin' Donuts Franchising LLC
                                      DD IP Holder LLC,
                                      Baskin-Robbins Franchising LLC,
                                      BR IP Holder LLC, and
                                      DB Real Estate II LLC

Dated: August 13, 2007