**O'ROURKE & DEGEN, PLLC**
ATTORNEYS AT LAW
225 BROADWAY, SUITE 715
NEW YORK, NY 10007

212-227-4530
Fax 212-385-9813

RONALD D. DEGEN
rdegen@odlegal.com

SCOTT G. GOLDFINGER*
sgoldfinger@odlegal.com

KRISTIN M. LASHER
klasher@odlegal.com

* ALSO ADMITTED IN
NEW JERSEY

THOMAS H. O'ROURKE
1976 - 2005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

November 13, 2007

RECEIVED
NOV 13
RICHARD J. HOLWELL

BY TELEFAX

Honorable Richard J. Holwell
United States District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *Dunkin' Donuts Franchised Restaurants LLC, et al. v. Chelsea DB Associates, Inc., et al.*
Case No. 07-CV-7218 (RJH)

Dear Judge Holwell:

My office represents Plaintiffs Dunkin' Donuts Franchised Restaurants LLC, Dunkin' Donuts Franchising LLC, DD IP Holder LLC, Baskin-Robbins Franchised Shops LLC and BR IP Holder LLC in the above action.

Your Honor ordered an Initial Scheduling Conference in the above case for **Friday, November 16, 2007, at 10:30 A.M.** Because serious settlement negotiations have been ongoing, Plaintiffs have not served the summons and complaint. In view of the foregoing and with the hope that this case can be resolved shortly, Plaintiffs request that Your Honor adjourn this conference for 30 days to a date convenient to the Court. Neil A. Miller, who has not yet made an appearance but who is representing the Defendants, consents to this application. No previous request for an adjournment has been made.

*Conference adjourned to 12/17/07 at 10:00 am*
*SO ORDERED*

Very truly yours,

Ronald D. Degen
RONALD D. DEGEN

RDD:rg
Enc.
cc: Neil A. Miller, Esq.
    Jeffrey L. Karlin, Esq.

USDJ 11/15/07