UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                       :

DUNKIN'DONUTS  FRANCHISED REST, et al,  :    07 Civ. 07218 (RJH)

            Plaintiff,    :

                       :

      -against-       :    **ORDER**

                       :

CHELSEA DB ASSOCIATES, Inc.,   :

                       :

           Defendant.    :

                       :
------------------------------------------------------------x

The pre-trial conference scheduled for February 08, 2008 is rescheduled to

March 12, 2008, at 10:00 a.m.,  in the courtroom of the Honorable Richard J. Holwell,

Courtroom 17B, 500 Pearl Street, New York, New York 10007.


Dated: New York, New York
January 10, 2008
SO  ORDERED:

Richard J. Holwell
United States District Judge