```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
DUNKIN' DONUTS FRANCHISED
 RESTAURANTS LLC, a Delaware Limited
 Liability Company,
DUNKIN' DONUTS FRANCHISING LLC,                    RULE 7.1 STATEMENT
 a Delaware Limited Liability Company,
DD IP HOLDER LLC,
 a Delaware Limited Liability Company,
BASKIN-ROBBINS FRANCHISING LLC,
 a Delaware Limited Liability Company,
BR IP HOLDER LLC,
 a Delaware Limited Liability Company,
DB REAL ESTATE ASSETS II LLC,
 a Delaware Limited Liability Company,

                    Plaintiffs,

         v.                                        C.A. No. 07-CV-7218
                                                              (RJH)
CHELSEA DB ASSOCIATES, INC.,
 a New York Corporation,
AKCL INT'L GROUP, LTD.,
 a New York Corporation,
KMT ASSOCIATE INC.
 a New York Corporation,
NEW AMD ENTERPRISES INC.,
 a New York Corporation,
CROSS BAY ENTERPRISES, INC.,
 a New York Corporation,
TONY LI,
 a Resident of the State of New York,
MAY CHEN,
 a Resident of the State of New York,

                    Defendants.
--------------------------------------X
```

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record hereby certifies none of the corporate

defendants, nor any of their parents, subsidiaries or other corporate affiliates, is publicly held.

Dated: Mineola, New York
       January 17, 2008

                                                                  s/_____
                                                                  Neil A. Miller, Esq. (NM-9078)
                                                                   Louis Algios, Esq.
                                                                   MILLER, ROSADO & ALGIOS, LLP
                                                                  Attorneys for Defendants
                                                                  200 Old Country Road
                                                                  Suite 590
                                                                  Mineola, New York 11501
                                                                  (516) 512-0200

TO: Robert L. Zisk, Esq.
    Jeffrey L. Karlin, Esq.
    GRAY, PLANT, MOOTY, MOOTY
    & BENNETT, P.A.
    The Watergate
    2600 Virginia Avenue, N.W.
    Suite 1111
    Washington, D.C. 20037
    (202) 295-2200

     -and-

    Ronald Degen, Esq.
    Scott Goldfinger, Esq.
    O'ROURKE & DEGEN
    225 Broadway
    Suite 715
    New York, New York 10007
    (212) 227-4530

    Attorneys for Plaintiffs