STATE OF NEW YORK)
                     ) ss.:
COUNTY OF NASSAU )

    AGRIMELY RODRIGUEZ, being duly sworn deposes and says: I am not a party to this action, am over 18 years of age and reside at Wheatley Heights, New York.

    On January 17, 2008, I served a true copy of the annexed Rule 7.1 Statement, by mailing same in a sealed envelope, with postage paid thereon, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to the following person at the last known address set forth after each name:

```
Robert L. Zisk, Esq.
Jeffrey L. Karlin, Esq.
GRAY, PLANT, MOOTY, MOOTY
 & BENNETT, P.A.
The Watergate
2600 Virginia Avenue, N.W.
Suite 1111
Washington, D.C. 20037

Ronald Degen, Esq.
Scott Goldfinger, Esq.
O'ROURKE & DEGEN
225 Broadway
Suite 715
New York, New York 10007
```

                                            AGRIMELY RODRIGUEZ

Sworn to before me this
17th day of January, 2008

_____
NOTARY PUBLIC

NEIL A. MILLER
Notary Public, State of New York
No. 4873717
Qualified in Nassau County
Commission Expires Sept. 22, 20__