UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
DUNKIN' DONUTS FRANCHISED :
  RESTAURANTS LLC, *et al.,* :
:
            Plaintiffs, :
:
    v. : C.A. No. 1:07-cv-07218-RJH
:
CHELSEA DB ASSOCIATES, INC., *et al.,* :
:
           Defendants. :
-------------------------------------------------------------x

## PLAINTIFFS' REPLY TO COUNTERCLAIMS OF DEFENDANTS

Plaintiffs/counter-defendants (collectively "Dunkin'") hereby reply to the counterclaims of Defendants as follows:

### COUNTERCLAIMS

1. Dunkin' denies the allegations of paragraph 20.

2. Dunkin' denies the allegations of paragraph 21.

### AFFIRMATIVE DEFENSES

1. One or more of Defendants' Counterclaims fails to state a claim upon which relief can be granted.

2. One or more of Defendants' Counterclaims is barred by the equitable doctrines of waiver, estoppel, laches, and unclean hands.

3. Defendants' Counterclaims are barred by the plain language of the Franchise Agreements.

4. Defendants have failed to mitigate their damages, if any there were.

5. The Franchise Agreements are fully integrated, which bars some or all of Defendants' Counterclaims.

6. Plaintiffs plead the affirmative defense of fraud.

7. Plaintiffs deny that Defendants are entitled to recover costs and attorneys' fees under any theory of law.

8. Plaintiffs plead that Defendants' Counterclaims are barred by their failure to perform their contractual obligations.

9. Plaintiffs plead that Defendants are barred from recovery because they are unable to prove that Plaintiffs caused them any damages.

Respectfully submitted,

By: /s/ Ronald Degen_____
 Ronald Degen, Esq. (RD 7808)
 Scott Goldfinger, Esq. (SC 9219)
 O'ROURKE & DEGEN, PLLC
 225 Broadway, Suite 715
 New York, NY 10007
 Telephone:  (212) 227-4530
 Facsimile:   (212) 385-9813

 Robert L. Zisk, Esq. (RZ 1275)
 Jeffrey L. Karlin, Esq. (JK 7381)
 GRAY, PLANT, MOOTY, MOOTY
    & BENNETT, P.A.
 2600 Virginia Avenue, N.W., Suite 1111
 Washington, DC 20037
 Telephone:  (202) 295-2200
 Facsimile:   (202) 295-2250

Dated:  January 31, 2008                *Attorneys for Plaintiffs*