## CERTIFICATE OF SERVICE

     I hereby certify, under penalty perjury, that on January 31, 2008 I served a copy of the **PLAINTIFFS' REPLY TO COUNTERCLAIMS OF DEFENDANTS**, by first class mail in a post paid wrapper addressed to each of the following:

Neil Andrew Miller, Esq.
Miller, Rosado & Algios, LLP
200 Old Country Road, Suite 590
Mineola, NY 11501


        /s/ Ronald D. Degen
        **RONALD D. DEGEN**