UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DUNKIN' DONUTS FRANCHISED : 
   RESTAURANTS LLC, *et al.*, :   **NOTICE OF MOTION AND**
 :    **MOTION TO ADMIT COUNSEL**
              Plaintiffs, :   **PRO HAC VICE**
 :
      v. :   C.A. No. 1:07-cv-07218-RJH
 :
CHELSEA DB ASSOCIATES, INC., *et al.*, :
 :
              Defendants. :
------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the annexed affidavits of Ronald D. Degen and Jeffrey L. Karlin in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Jeffrey L. Karlin, a principal with the firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., and a member in good standing of the Bar of the District of Columbia Court of Appeals, as attorney pro hac vice to argue or try this case in whole or in part as counsel on behalf of Plaintiffs. There are no pending disciplinary proceedings against Jeffrey L. Karlin in any State or Federal court.

Dated: February 11, 2008            Respectfully submitted,

                                              /s/ Ronald D. Degen
                                              Ronald Degen (RD 7808)
                                              Scott Goldfinger (SC 9219)
                                              O'ROURKE & DEGEN, PLLC
                                              225 Broadway, Suite 715
                                              New York, NY 10007
                                              Telephone:   (212) 227-4530
                                              Facsimile:    (212) 385-9813
                                              rdegen@odlegal.com
                                              sgoldfinger@odlegal.com

                                              Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC, *et al.*,

        Plaintiffs,

v.

CHELSEA DB ASSOCIATES, INC., *et al.*,

        Defendants.
---------------------------------------------------------------x

**CERTIFICATION OF RONALD D. DEGEN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

C.A. No. 1:07-cv-07218-RJH

RONALD D. DEGEN, hereby certifies the following:

1. I am a member of the firm of O'Rourke & Degen, PLLC, attorneys for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts herein and in support of Plaintiffs' motion to admit Jeffrey L. Karlin as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law at the October 1970 Term of the Second Judicial Department. I also was admitted to the bar of the United States District Court for the Southern District of New York on April 20, 1972, and I am in good standing with this Court.

3. I have known Jeffrey L. Karlin for more than seven years.

4. Mr. Karlin is a principal of the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A.

5. I have found Mr. Karlin to be a skilled attorney and a person of integrity. He is experienced in Federal practice and with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Jeffrey L. Karlin, pro hac vice.

7. I respectfully submit herewith a proposed order granting the admission of Jeffrey L. Karlin, pro hac vice.

WHEREFORE, it is respectfully requested that the motion to admit Jeffrey L. Karlin, pro hac vice, to represent Plaintiffs in the above captioned matter be granted.

Dated: February 11, 2008

*/s/ Ronald D. Degen*
Ronald D. Degen (RD 7808)

Subscribed and sworn to before me
this 11th day of February 2008.

*/s/ Iris Peskin*

IRIS PESKIN
Notary Public, State of New York
No. 01PE6151942
Qualified in Nassau County
Commission Expires August 28, 2010

2

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
::
DUNKIN' DONUTS FRANCHISED  :  **CERTIFICATION OF JEFFREY**
 RESTAURANTS LLC, *et al.*,  :  **L. KARLIN IN SUPPORT OF**
:  **MOTION TO ADMIT COUNSEL**
 Plaintiffs,  :  **PRO HAC VICE**
:
 v.  :  C.A. No. 1:07-cv-07218-RJH
:
CHELSEA DB ASSOCIATES, INC., *et al.*,  :
:
 Defendants.  :
------------------------------------------------------------------x

      JEFFREY L. KARLIN, hereby certifies the following:

      1.      I submit this certification in support of my motion for admission to practice pro hac vice in the above-captioned matter. I am a resident of the State of Maryland, and a principal with the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., 2600 Virginia Avenue, NW – Suite 1111, Washington, D.C. 20037.

      2.      As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia Court of Appeals.

      3.      I have never been held in contempt of court.

      4.      There are no pending disciplinary proceedings against me in any State or Federal Court.

      5.      I have read and I am familiar with the provisions of the Judicial Code (Title 28, U.S.C.), the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, and the New York Lawyer's Code of Professional Responsibility.

      6.      I will faithfully adhere to all rules applicable to my conduct in connection with any activities in this Court.

WHEREFORE, it is respectfully requested that this Court allow petitioner to appear as counsel and advocate pro hac vice in this one case.

Dated: February 8, 2008

_____
Jeffrey L. Karlin

Subscribed and sworn to before me this ___ day of February, 2008.

_____
Notary Public
My Commission Expires:

SHARON A. GEORGE
NOTARY PUBLIC DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES FEBRUARY 29, 2012

2



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JEFFREY L. KARLIN

was on the 5th day of June, 1998 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 31, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
        Deputy Clerk

## CERTIFICATE OF SERVICE

     I hereby certify, under penalty of perjury, that on February 11, 2008 I served a copy of the Motion for Admission *Pro Hac Vice* for Jeffrey L. Karlin, supporting papers and proposed order by first class mail in a post paid wrapper addressed to each of the following:

Neil A. Miller, Esq.
Miller, Rosado & Algios, LLP
200 Old Country Road, Suite 590
Mineola, New York 11501

Dated:  February 11, 2008

                                                                     /Ronald D. Degen/
                                                      **RONALD D. DEGEN** (RD 7808)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
DUNKIN' DONUTS FRANCHISED          :
   RESTAURANTS LLC, *et al.*,       :
:
              Plaintiffs,        :    **ORDER FOR ADMISSION TO**
:    **PRACTICE PRO HAC VICE**
   v.                               :
:    C.A. No. 1:07-cv-07218-RJH
:
CHELSEA DB ASSOCIATES, INC., *et al.*, :
:
              Defendants.       :
------------------------------------------------------------x

The motion for admission to practice <u>pro hac vice</u> in the above captioned matter is granted.

**IT IS HEREBY ORDERED** that:

      Jeffrey L. Karlin
      Gray, Plant, Mooty, Mooty & Bennett, P.A.
      2600 Virginia Avenue, NW – Suite 1111
      Washington, D.C. 20037
      jeffrey.karlin@gpmlaw.com

is admitted to practice pro hac vice and permitted to argue or try this particular case in whole or in part as counsel on behalf of Plaintiffs.

An attorney admitted to practice <u>pro hac vice</u> is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee within 10 business days.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission <u>pro hac vice</u> for the above listed case will be made on the roll of attorneys.

The attorney admitted <u>pro hac vice</u> must serve a copy of this Order on all other counsel in this case.

Dated: _____, 2008

                                                                         _____
                                                                         United States District Judge