UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, *et al.*, | NOTICE OF MOTION AND MOTION TO ADMIT COUNSEL PRO HAC VICE |
| Plaintiffs, | |
| v. | C.A. No. 1:07-cv-07218-RJH |
| CHELSEA DB ASSOCIATES, INC., *et al.*, | |
| Defendants. | |

-----------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the annexed affidavits of Ronald D. Degen and Katherine L. Wallman in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Katherine L. Wallman, an associate with the firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., and a member in good standing of the Supreme Court of the State of California, as attorney pro hac vice to argue or try this case in whole or in part as counsel on behalf of Plaintiffs. There are no pending disciplinary proceedings against Katherine L. Wallman in any State or Federal court.

Dated: February 11, 2008

Respectfully submitted,

*/s/ Ronald D. Degen*
Ronald D. Degen (RD 7808)
Scott Goldfinger (SC 9219)
O'ROURKE & DEGEN, PLLC
225 Broadway, Suite 715
New York, NY 10007
Telephone:   (212) 227-4530
Facsimile:   (212) 385-9813
rdegen@odlegal.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DUNKIN' DONUTS FRANCHISED : **CERTIFICATION OF RONALD**
RESTAURANTS LLC, *et al.*, : **D. DEGEN IN SUPPORT OF**
: **MOTION TO ADMIT COUNSEL**
: **PRO HAC VICE**
Plaintiffs, :
:
v. : C.A. No. 1:07-cv-07218-RJH
:
CHELSEA DB ASSOCIATES, INC., *et al.*, :
:
Defendants. :
-----------------------------------------------------------------x

RONALD D. DEGEN, hereby certifies the following:

1. I am a member of the firm of O'Rourke & Degen, PLLC, attorneys for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts herein and in support of Plaintiffs' motion to admit Katherine L. Wallman as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law at the October 1970 Term of the Second Judicial Department. I also was admitted to the bar of the United States District Court for the Southern District of New York on April 20, 1972, and I am in good standing with this Court.

3. I have known Katherine L. Wallman since October, 2007.

4. Ms. Wallman is an associate with the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A.

5. I have found Ms. Wallman to be a skilled attorney and a person of integrity. She is experienced in Federal practice and with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Katherine L. Wallman, pro hac vice.

7.  I respectfully submit herewith a proposed order granting the admission of Katherine L. Wallman, pro hac vice.

WHEREFORE, it is respectfully requested that the motion to admit Katherine L. Wallman, pro hac vice, to represent Plaintiffs in the above captioned matter be granted.

Dated: February 11, 2008

                                             Ronald D. Degen (RD 7808)

Subscribed and sworn to before me
this 11th day of February 2008.

IRIS PESKIN
Notary Public, State of New York
No. 01PE6151942
Qualified in Nassau County
Commission Expires August 28, 2010

2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DUNKIN' DONUTS FRANCHISED
RESTAURANTS LLC, *et al.*,

              Plaintiffs,

v.

CHELSEA DB ASSOCIATES, INC., *et al.*,

              Defendants.
------------------------------------------------------------x

CERTIFICATION OF KATHERINE L. WALLMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

C.A. No. 1:07-cv-07218-RJH

KATHERINE L. WALLMAN, hereby certifies the following:

1. I submit this certification in support of my motion for admission to practice pro hac vice in the above-captioned matter. I am a resident of the Commonwealth of Virginia, and an associate with the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., 2600 Virginia Avenue, NW – Suite 1111, Washington, D.C. 20037.

2. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Supreme Court of the State of California.

3. I have never been held in contempt of court.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have read and I am familiar with the provisions of the Judicial Code (Title 28, U.S.C.), the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, and the New York Lawyer's Code of Professional Responsibility.

6. I will faithfully adhere to all rules applicable to my conduct in connection with any activities in this Court.

WHEREFORE, it is respectfully requested that this Court allow petitioner to appear as counsel and advocate pro hac vice in this one case.

Dated: February 8th, 2008

_____
Katherine L. Wallman

Subscribed and sworn to before me this 8th day of February, 2008.

_____
Notary Public
My Commission Expires:

SHARON A. GEORGE
NOTARY PUBLIC DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES FEBRUARY 29, 2012

2



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

### CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### KATHERINE LEAH WALLMAN

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that KATHERINE LEAH WALLMAN was on the 23RD day of DECEMBER 2004, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 1st day of FEBRUARY, 2008.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By_____
Joseph Cornetta, Deputy Clerk

**CERTIFICATE OF SERVICE**

     I hereby certify, under penalty of perjury, that on February 11, 2008 I served a copy of the Motion for Admission *Pro Hac Vice* for Katherine L. Wallman, supporting papers and proposed order by first class mail in a post paid wrapper addressed to each of the following:

Dated:  February 11, 2008

                                              /Ronald D. Degen/
                                              RONALD D. DEGEN (RD 7808)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, *et al.*, | **ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE** |
| Plaintiffs, | |
| v. | C.A. No. 1:07-cv-07218-RJH |
| CHELSEA DB ASSOCIATES, INC., *et al.*, | |
| Defendants. | |

------------------------------------------------------------x

The motion for admission to practice <u>pro hac vice</u> in the above captioned matter is granted.

**IT IS HEREBY ORDERED** that:

> Katherine L. Wallman
> Gray, Plant, Mooty, Mooty & Bennett, P.A.
> 2600 Virginia Avenue, NW – Suite 1111
> Washington, D.C. 20037
> katherine.wallman@gpmlaw.com

is admitted to practice pro hac vice and permitted to argue or try this particular case in whole or in part as counsel on behalf of Plaintiffs.

An attorney admitted to practice <u>pro hac vice</u> is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee within 10 business days.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission <u>pro hac vice</u> for the above listed case will be made on the roll of attorneys.

The attorney admitted <u>pro hac vice</u> must serve a copy of this Order on all other counsel in this case.

Dated: _____, 2008

_____
United States District Judge