UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

DUNKIN' DONUTS FRANCHISED
RESTAURANTS LLC, *et al.*,

            Plaintiffs,

v.

CHELSEA DB ASSOCIATES, INC., *et al.*,

           Defendants.
---------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08
```

**ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE**

C.A. No. 1:07-cv-07218-RJH

The motion for admission to practice pro hac vice in the above captioned matter is granted.

**IT IS HEREBY ORDERED** that:

    Jeffrey L. Karlin
    Gray, Plant, Mooty, Mooty & Bennett, P.A.
    2600 Virginia Avenue, NW – Suite 1111
    Washington, D.C. 20037
    jeffrey.karlin@gpmlaw.com

is admitted to practice pro hac vice and permitted to argue or try this particular case in whole or in part as counsel on behalf of Plaintiffs.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee within 10 business days.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: ___3/11___, 2008

                                                           _____
                                                           United States District Judge